UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Daniel C Flint,

                Plaintiff,        Case No. 16-cv-11093

v.                                Judith E. Levy
                                United States District Judge

Infustion Brands, Inc.,

                                Mag. Judge Anthony P. Patti

               Defendant.

_____/

## **JUDGMENT**

For the reasons stated in the opinion and order entered on today's date, it is ordered and adjudged that the case is dismissed with prejudice.

                                              DAVID J. WEAVER
                                              CLERK OF THE COURT

                                By:   s/Felicia M. Moses
                                              DEPUTY COURT CLERK

APPROVED:

s/Judith E. Levy
JUDITH E. LEVY
UNITED STATES DISTRICT JUDGE